# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-60812

United States Court of Appeals
Fifth Circuit

**FILED**

September 6, 2016

Lyle W. Cayce
Clerk

DELEK REFINING, LIMITED,

Petitioner Cross-Respondent

v.

NATIONAL LABOR RELATIONS BOARD,

Respondent Cross-Petitioner

On Petition for Review, and Cross-Application for Enforcement, of Decision
and Order By the National Labor Relations Board
NLRB No. 16-CA-158842

Before JOLLY, BARKSDALE, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

The court's having read the briefs and pertinent parts of the record, the petition is DENIED. Accordingly, judgment is to be entered enforcing the 13 November 2015 order of the National Labor Relations Board.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.